JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>    Plaintiff,<br><br>    v.<br><br>BREA'S BEST BURGERS, and<br>BREA'S BEST PROPERTIES, LLC,<br><br>    Defendants. | Case No. 8:24-cv-01492-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Dismissing the Action for Lack of Subject Matter Jurisdiction" filed substantially contemporaneously herewith, and in accordance with Rules 12(h)(3) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court lacks subject matter jurisdiction over the sole remaining Americans with Disabilities Act claim that Plaintiff Adam Ghadiri asserts in his Complaint [ECF No. 1] against Defendants Brea's Best Burgers and Brea's Best Properties, LLC.

2. Accordingly, this case is **DISMISSED for lack of subject matter jurisdiction**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 26, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE